UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTIN C. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CV01417 AGF (TCM) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On July 11, 2012, Magistrate Judge Mummert filed his recommendation that the Court should reverse the Commissioner's decision and remand this case pursuant to sentence four of 42 U.S.C. § 405(g) for further limited proceedings. Neither party has filed objections to the recommendation and the time to do so has expired.

Upon consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be reversed and this case remanded for further development of the record.

1

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein. (Doc. No. 22.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further development of the record consistent with the Report and Recommendation.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2012.