UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN JONES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:11CV001417 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees in the amount of $3,299.30 (2.5 hours at an hourly rate of $180.59 and 15.5 hours at an hourly rate of $183.73), pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). Plaintiff requests that, if granted, the EAJA award of fees be made payable to Plaintiff, but mailed to his attorney.

The Court finds that Plaintiff is the prevailing party in this action inasmuch as the Court by judgment dated August 1, 2012, remanded this case to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).  A claimant seeking judicial review of a final decision denying Social Security disability benefits may recover attorney's fees if he or she receives a "sentence four" remand.  *See Shalala v. Schaefer*, 509 U.S. 292, 295-96 (1993).  In addition, Plaintiff's request for attorney's fees is supported by appropriate documentation.  Because Plaintiff prevailed and is not

otherwise precluded from receiving attorney's fees and costs, Plaintiff's motion for attorney's fees in the amount of $3,299.30 will be granted.

As required under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2529 (2010), the award should be made payable to Plaintiff and not to Plaintiff's attorney, but the Court has no objection to Plaintiff's request that it be mailed to his attorney.  In their filings, Plaintiff and the Commissioner each acknowledge that if Plaintiff owes a federal debt, any assignment of fees he has made does not preclude the United States Department of Treasury from making the fee award payable to Plaintiff and available to offset such debt. *See* 31 C.F.R. § 285.5(e)(6)(ii); *see also Ratliff*, 130 S. Ct. at 2529.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees is **GRANTED**.  (Doc. No. 25.)

**IT IS FURTHER ORDERED** that Plaintiff's request that the award of fees be made to him but mailed to his attorney, Steve Wolf, at The Law Office of Steve Wolf, LC, 11939 Manchester # 211, St. Louis, Missouri 63131, is **GRANTED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2012.